# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

January 5, 2016

**Via ECF**

Hon. Arthur D. Spatt, USDJ
Hon. A Kathleen Tomlinson, USMJ
United States District Court, EDNY
100 Federal Plaza
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 06 2015 ★

LONG ISLAND OFFICE

<u>Re: Luis Amaya v. Talon Air Inc., and Adam Katz</u>
   Case #: 15-CV-05403(ADS)(AKT)
   Motion for Adjournment and Notice of Settlement

Dear Judge Spatt/Magistrate-Judge Tomlinson:

My firm represents plaintiff in the above-referenced action, and I respectfully write to notify the Court that the parties have reached a settlement of this action today. We are in the process of exchanging settlement papers and intend to file a stipulation of dismissal shortly. In light of the settlement, we kindly request an adjournment sine die of all upcoming appearances and deadlines, including the initial conference currently scheduled for January 14, 2016 at 2:00 p.m.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

cc:   Defense Counsel via ECF

*[Handwritten note:]* Case closed subject to the terms of settlement. So ordered

*[Signature]* Arthur D. Spatt, USDJ
1/6/16

1